

07-CV-00852-ORD

_____ LODGED _____ RECEIVED

JUL 25 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPU

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FNU ERNAWATI,

    Petitioner,

v.

ALBERTO R. GONZALES, et al.,

    Respondents.

CASE NO. C07-852-MJP-JPD

ORDER DENYING MOTION FOR STAY OF REMOVAL AND ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion for stay of removal is DENIED, and this action is DISMISSED with prejudice.

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this **25** day of **July**, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING STAY OF REMOVAL
AND TERMINATING ACTION
PAGE – 1